# Order

Michigan Supreme Court
Lansing, Michigan

May 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151744

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

            SC:  151744
            COA:  325848
            Saginaw CC:  94-009141-FC

WALTER RYDALE WILLIAMS,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the May 4, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2016



s0418

             Clerk